# ATTACHMENT A

<u>Legal Description:</u>

Lot 96 of Tract No. 21360, in the City of Beverly Hills, County of Los Angeles, State of California, as per Map recorded in Book 587 Pages 59 to 63 inclusive of Maps, in the office of the County Recorder of said County.

APN: 4391-028-015

<u>Interested Parties:</u>

The parties believed to have a potential interest in the Defendant Asset are 1169 North Hillcrest, LLC, Skyview Capital, LLC, NAM2, LLC, Palumbo Design, LLC, Low Taek Jho, Jynwel Capital Ltd., Khadem Abdulla Al Qubasi and Neil Moffitt.  According to a Title report obtained from Leading Exchange Settlement Management, Title Curative and Exchange Intermediary, as of May 31, 2016, title to HILLCREST PROPERTY 2 is held in the name of 1169 Hillcrest Road LLC, and there is the following lis pendens recorded against the property: a Notice of Action Pending regarding a court action filed in Los Angeles County Superior Court by Skyview Capital, LLC against 1169 Hillcrest LLC, *et al.*, recorded on March 25, 2015.